IN
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Joseph Sharga and Marian Sharga,<br>　　　Debtors. | CHAPTER 13 |
| _____ | BANKRUPTCY CASE NUMBER |
| CIT Bank, N.A.,<br>　　　Movant, | 16-17349/PMM |
| v. | 11 U.S.C. § 362 |
| Joseph Sharga and Marian Sharga,<br>　　　Debtors, | |
| Scott Waterman, Trustee,<br>　Additional Respondent. | |

**O R D E R**

AND NOW, this __18th__ day of __May_____, 2020, after notice to all required parties and certification of default under the terms of this Court's Order of April 17, 2018 it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 2530 Beryl Avenue, Whitehall, PA 18052; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_Patricia M. Mayer_

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE